HERRICK, FEINSTEIN LLP
*Attorneys for the Debtors and Debtors in Possession*
Joshua J. Angel
Andrew C. Gold
Frederick E. Schmidt
Hanh V. Huynh
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
jangel@herrick.com
agold@herrick.com
eschmidt@herrick.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| ULTRA STORES, INC., et al., | Case No. 09-11854 (BRL) |
| Debtors. | Jointly Administered |

---------------------------------------------------------x

### NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF MODIFIED FIRST CONSOLIDATED PLAN OF REORGANIZATION OF ULTRA STORES, INC., et. al., UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

PLEASE TAKE NOTICE that on **July 31, 2009**, the Modified First Consolidated Plan of Reorganization of Ultra Stores, Inc., *et al.* Under Chapter 11 of the United States Bankruptcy Code (the "Plan")[1] filed by the above captioned debtors and debtors in possession (the "Debtors") became effective. The Plan and the Findings of Fact, Conclusions of Law and Order under Sections 1129 (a) and (b) of the Bankruptcy Code and Rule 3020 of the Bankruptcy Rules Confirming Modified First Consolidated Plan of Reorganization of Ultra Stores, Inc., *et al.* Under Chapter 11 of the United States Bankruptcy Code, entered on July 28, 2009 [Docket No.

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meaning ascribed to such terms in the Plan or Confirmation Order, as applicable.

243] (the "Confirmation Order") may be obtained by contacting the undersigned counsel (attention: Hanh V. Huynh) and may also be accessed on the internet at http://www.kccllc.net/UltraStores.

Dated: New York, New York
August 3, 2009

                                                  HERRICK, FEINSTEIN LLP
*Proposed Attorneys for the Debtors and Debtors-in-Possession*

By: */s/ Joshua J. Angel*
    Joshua J. Angel
    Andrew C. Gold
    Frederick E. Schmidt
    Hanh V. Huynh
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
jangel@herrick.com
agold@herrick.com
eschmidt@herrick.com